# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA PRECIADO, | ) Case No.: 2:23-cv-03906-PD |
| Plaintiff, | ) ORDER AWARDING EQUAL ) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES ) PURSUANT TO 28 U.S.C. § 2412(d) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 ) U.S.C. § 1920 |
| Defendant | ) ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,400.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:    July 22, 2024

*Patricia Donahue*

THE HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

    /s/ *Matthew F. Holmberg*
BY: _____
    Matthew F. Holmberg
    Attorney for plaintiff Yolanda Preciado